

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chung C. Kao<br><br>**Plaintiff,**<br><br>V.<br><br>Robert Cobb, Correctional Counselor; Daniel Paramo, Warden of RJDCF; K. Balakian, Supervisor of Correctional Education Programs; A. Alamby, Correctional Lieutenant; C. Wright, Correctional Officer; Scott Kernon, Secretary CDCR    **Defendant.** | Civil Action No. 17-cv-1851-CAB-BLM<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This civil action is Dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1), but without prejudice to Plaintiff's pursuit of whatever claims remain in Kao v. Cobb, et al., S.D. Cal. Civil Case No. 3:12-cv-01879-CAB-BLM. Certifies that an IFP appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and Directs the Clerk of Court to close the file. It Is So Ordered.

Date: 1/9/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
                        J. Gutierrez, Deputy